**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BATH FITTER FRANCHISING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action No. 3:23-cv-00545** |
| v. | ) | |
| | ) | |
| ADVANCED WINDOW SYSTEMS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

BEFORE THE COURT is the parties' Stipulated Dismissal with Prejudice filed on June 29, 2023. The parties have reached an agreement for resolution of this action, the full terms and condition of which are set forth in the document entitled "Settlement Agreement" dated June 27, 2023 ("Settlement Agreement"). The parties stipulate and agree that this Court shall have continuing jurisdiction for purposes of enforcing the Settlement Agreement.

Accordingly, it is hereby ORDERED that this case is dismissed with prejudice and that the Court shall retain jurisdiction over the terms of the Settlement Agreement.

SO ORDERED.

SIGNED this 30th day of June, 2023.

/s/ Janet C. Hall
UNITED STATES DISTRICT COURT JUDGE